## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Sandra Ford

Plaintiff,

v.                                                                   Case No.: 1:26–cv–01607
                                                                     Honorable Sunil R. Harjani

Everest Neocell LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 16, 2026:

MINUTE entry before the Honorable Sunil R. Harjani: In light of the notice of voluntary dismissal [8] and pursuant to FRCP 41(a)(1)(A)(i), this case is hereby dismissed with prejudice; without costs, or disbursements or attorneys' fees to any party. All pending dates and deadlines are stricken. Civil case terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.